## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | | |
|---|---|---|
| H.G. and M.G. through their next friend | ) | |
| Robert Latham, C.P. through his next | ) | |
| friend Paula Velazquez, L.T. through her | ) | |
| next friend Robert Latham, F.C. through | ) | |
| his next friend Stewart Cooke, S.A. | ) | |
| N.K. through her next friend Bernard | ) | |
| Perlmutter, for themselves and those | ) | Case 4:18-cv-00100-RH-CAS |
| similarly situated, | ) | |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Mike Carroll, in his official capacity as | ) | |
| Secretary of the Florida Department of | ) | |
| Children and Families, | ) | |
| | ) | |
| **Defendant**. | ) | |
| _____ | ) | |

## ORDER GRANTING PRELIMINARY APPROVAL OF CLASS
## ACTION SETTLEMENT AGREEMENT,
## SETTING HEARING FOR FINAL APPROVAL, AND
## <u>DIRECTING NOTICE TO THE CLASS</u>

This matter came before the Court on the parties' Joint Motion for

Preliminary Approval of Class Action Settlement Agreement, Setting Hearing for

Final Approval, and Directing Notice to the Class ("Joint Motion"), requesting this

Court's preliminary approval of a settlement agreement reached between the

parties to this class action (the proposed "Settlement Agreement" or "Agreement"),

in the above-captioned class action lawsuit. The Court has preliminarily reviewed and evaluated the proposed Settlement Agreement among the Plaintiff Class and Defendant and finds that it appears to be within the range of reasonableness, adequacy, and fairness. Accordingly, the Joint Motion is **GRANTED**, and the Court orders as follows:

1.    ***Preliminary Approval of the Parties' Settlement Agreement.***    The terms of the settlement between the parties are embodied in the proposed Settlement Agreement, filed in conjunction with the Joint Motion. The Court believes that this proposed Settlement Agreement is worthy of the Class's consideration. Class Members ("Class Members") include "all Children who are, or in the future are, in Placements," where "Children" is defined as children whose cases originate in the "Southern Region"; "Southern Region" is defined as Miami-Dade and Monroe Counties; "Placements" is defined as placement in "Foster Care"; "Foster Care" means "in accordance with section 39.01(30), Florida Statutes (2018), care provided a Child in a licensed foster family or boarding home, Group Home (as defined in the Agreement), agency boarding home, Child care institution, or any  combination thereof."  The definition of "Class Member" includes a Child who is (1) on the run from or missing from any Placement or (2) who is being housed temporarily (such as a Child visiting kin, in a residential treatment center, Group Home, crisis unit or hospital, substance abuse program,

boarding school, summer camp, wilderness camp, hotel, motel, Contracted Service Provider office (as defined in the Agreement), or state agency office). This does not include a Child who is placed with kin or Fictive Kin (as defined in the Agreement) at the time a sample is pulled for validation by the Auditor for purpose of Outcomes 2 and 3.

This Court orders that notice of this proposed Settlement Agreement should be directed to Class Members, and that a hearing should be conducted to ascertain whether the proposed Settlement Agreement meets the standards required for final approval pursuant to Federal Rule of Civil Procedure 23(e).

The Court also finds that this action is justified by the parties' showing that the Court will likely be able to certify the class for purposes of judgment on the proposal under Rule 23 of the Federal Rules of Civil Procedure. Accordingly, pursuant to Rule 23, the Court preliminarily certifies this class action for settlement purposes. The Class shall consist of Class Members.

2.    ***Hearing.*** A hearing shall be held at the United States Courthouse, 111 N. Adams St., Tallahassee, FL 32301 on July 25, 2019 at 9:00 a.m. in Courtroom Five East to consider whether the proposed Settlement Agreement is fair, reasonable, and adequate and should receive the Court's final approval pursuant to Rule 23(e).

a. A motion for attorney's fees pursuant to the results of the arbitration process described in section X.B of the Settlement Agreement will be filed on or before May 15, 2019.

b. Objections, support, or comments by Class Members, or their legal representatives, regarding the proposed Settlement Agreement will be considered if filed with the court or submitted in writing to: Baker McKenzie, attn: George C. Clarke III, Vivek A. Patel, 815 Connecticut Ave. NW, Washington D.C. 20006 or Children's Rights, attn: Ira Lustbader, Danielle B. Rosenthal, 88 Pine Street, Suite 800, New York, New York 10005, on or before June 20, 2019.

c. Class Members, or their legal representatives, who wish to be heard orally in support of or in opposition to the proposed Settlement Agreement at the hearing to be held on July 25, 2019 must submit with their objections, support, or comments, as described in Paragraph (b) above, a written notification of their desire to appear personally and briefly indicate (if in opposition to the settlement) the nature of the objection, on or before June 20, 2019.

d. Counsel for the Plaintiff Class and for Defendant shall be prepared

at the hearing to respond to objections filed by Class Members, and to provide other information, as appropriate, bearing on why the Settlement Agreement should be approved.

3. ***Notice to Class Members.*** On or before May 20, 2019, Defendant shall, at its sole expense, take the following steps to notify Class Members of the proposed settlement, as follows:

    a. Defendant will email a true copy of the Notice of Proposed Class Action Settlement in *H.G. v. Carroll*, a copy of which is attached hereto, to the following:

        i. Each Florida Department of Children and Families ("DCF") office for child welfare in the Southern Region (Miami Dade and Monroe Counties);

        ii. Each group home, institution, and residential treatment facility in which Class Members are placed;

        iii. The Lead CBC Provider for the Southern Region and each provider agency with which DCF contracts or with whom the Lead Agency contracts or subcontracts for the provision of foster care placements and/or case management services in the Southern Region;

        iv. Each office of the Florida Guardian *Ad Litem* program in the

Southern Region; and

v. Each person who serves as a Guardian *Ad Litem* with respect to any Class Member.

For items (a)i-iv, there shall be an accompanying letter signed by DCF Secretary Chad Poppell, requiring that (i) a copy of the Notice of Proposed Class Action Settlement be prominently and immediately posted physically and electronically in the location(s) in which it is most likely to be seen by Class Members and their legal representatives, and (ii) the Notice remain posted until July 25, 2019.

b. Defendant shall email a true copy of the Notice of Proposed Class Action Settlement and Settlement Agreement to all case workers and child protective service workers who provide services to a Class Member.

c. Defendant shall prepare and mail a true copy of the Notice of Proposed Class Action Settlement in *H.G. v. Carroll*, a copy of which is attached hereto, postage prepaid, by first class U.S. mail to the following persons:

i. Each person who serves as counsel with respect to any Class Member;

6

ii.  The judges of each Family Court in the state of Florida in the Southern Region;

iii.  Each person serving as a foster parent for any Class Member; and

iv.  Each parent of a Class Member for whom parental rights have not been terminated.

d.  Defendant shall send by first class mail copies of this Order, the Notice to Class Members, and the proposed Settlement Agreement to any member of the Florida public who submits a request on or before June 5, 2019 to the DCF Assistant General Counsel for the Office of Child Welfare or designee at (850) 488-2381.

e.  Defendant and Plaintiff Class Counsel shall each prominently post the Notice of Proposed Class Action Settlement and the Settlement Agreement on their respective websites, and shall maintain that posting until July 25, 2019.

f.  On or before June 20, 2019, Defendant will supply Plaintiff Class Counsel with an alphabetical list (including name, age, and all available contact information) of all persons who, according to Defendant's records, appear to be current Class Members (this disclosure is and shall remain confidential to the fullest extent of the

7

law and may not be made public by the parties).

g.  Counsel for the parties will share any written submission from Class Members, or interested parties, with the opposing party within five (5) days of receipt. Counsel for the parties will also submit to the Court all written submissions received from Class Members, or interested parties, and any written responses to such submissions, on or before July 10, 2019.

4.  Counsel for parties shall work cooperatively to maximize communication of the Notice of Proposed Class Action Settlement to Class Members and their legal representatives.

5.  Defendant will file with the Court, on or before May 28, 2019, an affidavit certifying compliance with the notice requirements of this Order.

SO ORDERED on March 21, 2019.

s/Robert L. Hinkle
United States District Judge