UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

H G, M G, C P, L T, F C, S A, and N K,

    VS                                                    CASE NO.  4:18cv100-RH-CAS

MIKE CARROLL

**JUDGMENT**

The parties, including all class members, are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                                   JESSICA J. LYUBLANOVITS
                                                                    CLERK OF COURT

 August 5, 2019                                s/Tonisha Young
DATE                                               Deputy Clerk: Tonisha Young